**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: M.B., A MINOR   :   No. 299 MAL 2019
  :
  :

PETITION OF: C.B., FATHER   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

IN THE INTEREST OF: N.B., A MINOR   :   No. 300 MAL 2019
  :
  :

PETITION OF: C.B., FATHER   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

IN THE INTEREST OF: B.B., A MINOR   :   No. 301 MAL 2019
  :
  :

PETITION OF: C.B., FATHER   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.